FILED
JUL 0 2 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12CR0834-GT |
| Plaintiff, | |
| v. | **ORDER** |
| JOSE CASTILLO-BUENROSTRO, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Sentencing Hearing with PSR currently scheduled for July 6, 2012 at 9:30 a.m., be continued to August 6, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: 7-2-12

HONORABLE GORDON THOMPSON JR.
United States District Judge